UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    JOHN R PRATER SR.<br>    LOLA J PRATER<br>                    Debtors | CASE NO: 06-30830<br>        (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976189**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 46 | TIME WARNER CABLE<br>BOX 0902<br>CAROL STREAM, IL  60132 | 4.19 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service 06-30830

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| JOHN R PRATER SR. | LOLA J PRATER | MICHAEL J ELLERBROCK |
| --- | --- | --- |
| 1948 ONTARIO AVENUE | 430 KEISER STREET | 4403 N MAIN ST |
| DAYTON, OH  45414 | DAYTON, OH  45404 | DAYTON, OH  45405 |

(46.1)
TIME WARNER CABLE
BOX 0902
CAROL STREAM, IL  60132

(53.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     cs